# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AMBER BROWN, | ) | CASE NO. 1:16-cv-2656 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MEMORANDUM OPINION |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of Magistrate Judge George Limbert recommending that the decision of the Commissioner of Social Security ("Commissioner"), denying the application of plaintiff Amber Brown ("plaintiff") for Disability Insurance Benefits, be affirmed. (Doc. No. 18 (Report and Recommendation ["R&R"]).)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The failure to file written objections to the report and recommendation of a magistrate judge constitutes a waiver of a de novo determination by the district court of issues covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v.*

*Walters*, 638 F.2d 947 (6th Cir. 1981). Plaintiff is represented by counsel. The time period for filing objections has passed and no objection to the R&R has been filed.

The Court has reviewed Magistrate Judge Limbert's report and recommendation and accepts and adopts the same. Accordingly, the final decision of the Commissioner denying plaintiff's application for Disability Insurance Benefits is affirmed. This case is dismissed and closed.

**IT IS SO ORDERED**.


Dated: January 29, 2018

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**